UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA KIM, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VIRUS GEEKS, INC., a California corporation; and DOES 1 through 100, inclusive,<br><br>Defendant. | CASE NO. 5:23-cv-00175<br><br>**ORDER ON JOINT STIPULATION TO REMAND TO SUPERIOR COURT OF CALIFORNIA, COUNTY OF MONTEREY** |

On February 9, 2023, the Parties to the above-referenced action filed a Stipulation to Remand this removed Action. The Court, having reviewed that stipulation, and good cause appearing, orders as follows:

1. The Parties' Stipulation is approved;

2. United States District Court, Northern District of California case number 5:23-cv-00175 is hereby remanded to the Superior Court of California, County of Monterey.

**IT IS SO ORDERED.**

Dated: February 10, 2023



Nathanael M. Cousins
UNITED STATES MAGISTRATE JUDGE